AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>**NATHAN BERGSTROM**<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   3:21MJ-246<br>)<br>)<br>)<br>) |

FILED
JAMES J. VILT JR,
CLERK
May 13, 2021
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 8, 2021 to March 13, 2021   in the county of   Jefferson   in the
___WESTERN___ District of ___KENTUCKY___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(2) | Possession of Firearm by Fugitive from Justice |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
SA Joshua Powers, Special Agent FBI
*Complainant's signature*

Joshua Powers, Special Agent FBI
*Printed name and title*

Subscribed and sworn to before me by telephone.

Date: ___May 12, 2021___

_____
Colin H Lindsay, Magistrate Judge
United States District Court

City and state:   LOUISVILLE, KENTUCKY          COLIN H. LINDSAY, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joshua Powers, Special Agent (SA), (hereinafter "Affiant"), having been duly sworn, hereby depose and state:

1. Affiant is an investigative or law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to make arrests.

2. I am a Special Agent with the Federal Bureau of Investigation, (hereinafter "FBI"), and have been since July 2020. Your Affiant is currently assigned to the Joint Terrorism Task Force (hereinafter "JTTF") at the FBI's Louisville Field Office. Affiant graduated from the FBI Academy in Quantico, Virginia, as a Special Agent. Affiant has received training in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant application, and various other investigative techniques. Prior to becoming a Special Agent with the FBI, your affiant was employed with the West Virginia State Police as a sworn law enforcement officer for approximately nine years where I enforced criminal laws and participated in several complex investigations. I hold a bachelor's degree in criminal justice from West Virginia State University.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is submitted in support of an application for a criminal complaint and arrest warrant, it does not include every fact known concerning this investigation. It does, however, set forth a statement of fact and circumstances sufficient to establish probable cause for the issuance of an arrest warrant.

4. Based on my training and experience and the facts as set forth in this affidavit, there is

1

probable cause to believe that a violation of Title 18, United States Code, Section 922(g)(2) (Fugitive from Justice in Possession of a Firearm) has been committed by Nathan BERGSTROM.

5. Title 18, United States Code, Section 922(g)(2), makes it unlawful for any person (2) who is a fugitive from justice to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate commerce. Title 18, United States Code, Section 921(a)(15) defines "fugitive from justice" as any person who has fled from any State to avoid prosecution for a crime or to avoid giving testimony in any criminal proceeding.

## PROBABLE CAUSE

6. On January 8, 2021, FBI Phoenix Special Agents and Task Force Officers arrested BERGSTROM, a self-proclaimed Boogaloo Boi,[1] at the Greyhound Bus Station, located at 2115 East Buckeye Road, Phoenix, Arizona, based on probable cause that BERGSTROM violated Arizona Revised Statute 13-3102(A)(3)- Misconduct Involving Weapons, a Class 4 felony.

7. On January 8, 2021, at approximately 11:00 p.m., a judge of the Superior Court of Arizona for Maricopa County, ordered the release of BERGSTROM and signed his final

---

[1] "Boogaloo" is a term referencing a violent uprising or impending civil war. The term is sometimes used by militia extremists and racially or ethnically motivated violent extremists (RMVE), who allude to it using shorthand such as "big igloo" or "big luau" and imagery such as igloos or Hawaiian shirts. The term has particularly resonated with militia extremists, who have adopted it to reference an impending politically-motivated civil war or uprising against the government following perceived incursions on Constitutional rights—including the Second Amendment—or other perceived government overreach. Some RMVEs have used the term to reference an impending race war—or other conflict—that will lead to the collapse of the "system," including the United States government, society, etc. The Boogaloo is not a single cohesive group but rather a loose concept arising from internet platforms which have become a rallying point for some extremists.

release order and order regarding counsel. This hearing was held remotely. As part of the order regarding State of Arizona vs. Nathan Andrew BERGSTROM, Case Number: PF2020145527003, BERGSTROM was given a preliminary hearing date of January 26, 2021, at 1:30 p.m., and a Status Conference date of January 21, 2021, at 1:30 p.m. The address for the hearings was provided as South Court Tower, 175 W. Madison Street, 2nd Floor, Phoenix, Arizona, 85003-2243, Courtroom: 2A. As part of his Conditions of Release, BERGSTROM was not to initiate contact with the arresting officers, not to possess any weapons, not to possess any drugs without a valid prescription, not to drive a motor vehicle without a valid driver's license, and continue to provide the Court with proof of his local address[2]. BERGSTROM was also ordered to appear for all courtroom proceedings in the case, or his release conditions would be revoked, a warrant would be issued, and the proceedings would continue in his absence. In addition, BERGSTROM was not to leave the state of Arizona without the permission of the court. Should the court become aware that BERGSTROM violated any conditions of the release order, the court could issue a warrant for his arrest. At the bottom of the order was an acknowledgement by BERGSTROM, which stated, "I have received a copy of this form. I understand the standard conditions, all other conditions, and the consequences of violating this release order. I agree to comply fully with each of the conditions imposed on my release and to notify the court promptly in the event I change my place of residence." Because the hearing was held remotely, the form was signed electronically as Other-COURT REMOTE HEARING, with Nathan Andrew Bergstrom, Defendant, listed below the signature line.

---

[2] BERGSTROM's last known address was 3333 W Thunderbird Road #2156 Phoenix, Arizona 85029. This address was listed on BERGSTROM's Arizona driver's license.

8. On or about January 21, 2021, BERGSTROM failed to appear in Maricopa County, Arizona Superior Court for his status conference. The presiding judge issued a bench warrant for failure to appear, and said warrant was filed by the Clerk of the Superior Court on January 21, 2021, at approximately 5:06 p.m.

9. On or about January 22, 2021, BERGSTROM was entered into the National Crime Information Center (NCIC) as a wanted person with full extradition status.

10. On Saturday, March 13, 2021, in downtown Louisville, Kentucky, multiple persons and groups travelled from various states to Louisville, Kentucky, for a Breonna Taylor Anniversary event at Jefferson Square Park.

11. FBI Louisville JTTF received information from FBI Phoenix that BERGSTROM could possibly be travelling from Arizona to Kentucky to attend the event in Louisville. FBI Phoenix advised that BERGSTROM was entered into NCIC as a wanted person for failure to appear in court with full extradition status.

12. FBI Louisville JTTF observed and identified BERSGTROM when he lifted up a Guy Fawkes[3] mask from his face. At the time, BERGRSTROM was in the presence of multiple Boogaloo Bois, with whom BERGSTROM had been known to affiliate.

13. SA Summers made contact with BERGSTROM on Market Street Louisville, Kentucky with Louisville Metro Police Department Officer Ware, who conducted the arrest. At the time of arrest, BERGSTROM was armed with a model Taurus TCP handgun, Serial 1D027916. BERGSTROM was also in possession of a black, Sony cell phone, which did not contain a SIM card.

---

[3] The use of Guy Fawkes masks has become widespread internationally among groups protesting against politicians, banks, and financial institutions. The masks both conceal the identity and protect the face of individuals and demonstrate their commitment to a shared cause.

14. A label on the side of the Taurus TCP handgun, Serial 1D027916, noted it was manufactured in Miami, Florida. A Taurus Holdings Inc. compliance supervisor confirmed the firearm was manufactured in Miami, Florida.

15. SA Summers and Task Force Officer (TFO) Claxon read BERGSTROM his Miranda rights and interviewed BERGSTROM following his arrest. TFO Claxon inquired, "You are wanted out of Arizona?" BERGSTROM responded with "yea." TFO Claxon then asked BERGSTROM how long he had been wanted, to which BERGSTROM stated, "I don't know, they didn't give me my phone back, and I missed the court date." BERGSTROM stated the pistol found on him was "not his." BERGSTROM stated he did not go back (to Phoenix) because his buddy Wes was still locked up. SA Summers inquired if BERGSTROM knew he had a bench warrant, BERGSTROM stated "no, but I assumed..." SA Summers cautioned BERGSTROM about lying and BERGSTROM again stated the firearm was not his. SA Summers stepped away from the interview and returned. SA Summers told BERGSTROM the interview was being recorded and presented FBI credentials. SA Summers questioned, "You knew you had a Bench warrant, yes or no?" BERGSTROM stated, "Yea I guess, I was pretty confident, but I thought it was going to go the fuck away."

16. The FBI interviewed Bergstrom's close associate (hereinafter "interviewee." The interviewee provided that BERGSTROM contacted her about purchasing bus tickets for BERGSTROM and another for a trip from Albuquerque, New Mexico to Cleveland, Ohio. BERGSTROM told the interviewee he had been arrested in Arizona. The other traveler sent the money for the bus tickets to the interviewee via a phone application and instructed to reserve the tickets in the aliases, Ryan and Sean Dinkley.

5

17. Your Affiant obtained a Greyhound reservation summary indicating that on March 2, 2021, BERGSTROM, listed as either Ryan or Sean Dinkley, left Albuquerque, New Mexico and traveled to Cleveland, Ohio, where he arrived on March 4, 2021.

18. On April 21, 2021, your affiant obtained a search warrant from the United States District Court for the Western District of Kentucky, for the Sony cell phone that BERGSTROM possessed when he was arrested. The search of the cell phone revealed a screen shot of the confirmation for the Greyhound bus ticket and a picture of a piece of paper containing the aliases, Ryan and Sean Dinkley, and the confirmation number.

19. Based upon my training and experience, your affiant believes that Bergstrom's use of an alias to travel from New Mexico to Ohio, and his use of the interviewee as a middleman to purchase his bus ticket, is evidence of BERGSTROM's intent to conceal his identity and flee from Arizona to avoid prosecution.

20. Based on the above facts and circumstances as well as this Affiant's training and experience, Affiant states that there is probable cause to believe that **NATHAN BERGSTROM** has committed violations of Title 18, USC Section 922(g)(2), Fugitive from Justice in possession of a firearm.

Respectfully submitted,

SA *[signature]*
Joshua Powers
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me by telephone on May __12__ 2021 in accordance with Fed. R. Crim. P. 41(d)(3).

*Colin Lindsay*

Colin H Lindsay, Magistrate Judge
United States District Court