FILED
JAMES J. VILT JR,
CLERK
May 13, 2021
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.                                                    CRIMINAL ACTION NO. 3:21MJ246

NATHAN BERGSTROM                                                                         DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Joshua Judd, Assistant United States Attorney for the Western District of Kentucky, and moves the Court to order that the criminal complaint, affidavit and arrest warrant, charging the above-named defendant with a violation of Title 18, United States Code, Section 922(g)(2), be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.  Once, the defendant is in custody, the United States requests the documents be automatically unsealed.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

S/Joshua Judd
Joshua Judd
Assistant U.S. Attorney