UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO. 3:21MJ-246

NATHAN BERGSTROM     DEFENDANT

**ORDER**

The criminal complaint, affidavit and arrest warrant are hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant. After the arrest of the defendant, the warrant, affidavit, and criminal complaint shall be automatically unsealed.

This 12th day of May, 2021.

Colin H Lindsay, Magistrate Judge
United States District Court